```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X

MARK WILLIAM LANE,

            Plaintiff,

       - against -                         ORDER
                                           13-CV-2078 (ENV) (MDG)
THE DEPARTMENT OF JUSTICE, et al.,

            Defendants.

---------------------------------X
```

**Go, United States Magistrate Judge:**

Pro se plaintiff Mark William Lane seeks to amend the complaint to limit his claims to three defendants: the Office of the President of the United States; the Federal Bureau of Investigation; and the Office of Professional Responsibility. See ct. doc. 20. Since plaintiff may amend the complaint once as a matter of course and the requested amendment narrows the claims herein, the motion is granted. See Fed. Civ. P. 15(a). Accordingly, the Clerk of Court is respectfully requested to amend the docket sheet to reflect these changes.

    **SO ORDERED.**

Dated: October 2, 2013
      Brooklyn, New York

                                              ____/s_____
                                              MARILYN D. GO
                                              United States Magistrate Judge